# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DAMON COATES, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**DISCOUNT TIRE COMPANY OF NEBRASKA, INC., a Nebraska Corporation,**<br><br>Defendant. | 8:20CV139<br><br>**AMENDED CASE PROGRESSION ORDER** |

This matter is before the Court on the Joint Motion to Amend Case Progression Order (Filing No. 42). After review of the motion, and for good cause shown,

**IT IS ORDERED** that the Joint Motion to Amend Case Progression Order (Filing No. 42) is granted and the case progression order is amended as follows:

1) The deadline to complete the noticed Rule 30(b)(6) deposition is **May 14, 2021**.

2) A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 28, 2021**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for filing motions to dismiss and motions for summary judgment is **June 28, 2021**.

4) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 30th day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge